STATE v. PHIPPS

No. 547P91

Case below: 104 N.C.App. 557

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. REEDER

No. 62P92

Case below: 105 N.C.App. 343

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

STATE v. WALLACE

No. 558P91

Case below: 104 N.C.App. 498

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 March 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

STATE EX REL. COBEY v. SIMPSON

No. 56PA92

Case below: 105 N.C.App. 95

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992. Motion by Conservation Council for Leave to File Amicus Curiae Brief pursuant to Rule 28(i) allowed 21 April 1992.

STATE EX REL. UTILITIES COMM. v. THORNBURG

No. 103PA92

Case below: 331 N.C. 282

Petition by plaintiffs for writ of certiorari to review the order of the North Carolina Court of Appeals allowed 21 April 1992.